APPEAL No. 76-114. RAYMOND LAVEY, *Administrator of Estate of Catherine Lavey v.* EDWARD LAVEY *et al.* Motion of plaintiff to dismiss for failure to file a brief granted unless the

defendant files his brief on or before October 30, 1976. Paolino, J. did not participate. *William J. Petrowski, Jr.,* for plaintiff. *DeCosta & Abilheira, Robert L. DeCosta,* for defendants.